UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------X
Matthew McDermott,

            Plaintiff,          Case No. 1:22-cv-02105-ARR-SJB

  - against -

                                     **NOTICE OF APPEARANCE**

K-Radio LLC,

            Defendant.
---------------------------------------------------X

    PLEASE TAKE NOTICE that the undersigned, an attorney duly admitted to practice law in this Court, has been retained to represent K-Radio LLC ("Defendant") in the above referenced action and hereby submits this Notice of Appearance.

    The Clerk of this Court is respectfully requested to ensure that all future ECF notifications in the above referenced action are sent to the undersigned at his email address set forth below.

    Thank You.

Dated:  New York, NY
           September 30, 2022

                                                                Respectfully submitted,

                                                                Barry Skidelsky, Esq.
                                                                 (Counsel for Defendant)
                                                                 185 East 85th Street, 23D
                                                                 New York, NY 10028
                                                                 tel 212-832-4800
                                                                 bskidelsky@mindspring.com