

**SLG SANDERS LAW GROUP**

333 EARLE OVINGTON BOULEVARD, SUITE 402
UNIONDALE, NEW YORK 11553
T: 516-203-7600
F: 516-282-7878

*As per the parties' Request, all pending motions and deadlines are adjourned sine die and the action is discontinued without prejudice to the right to reopen within 30 days if the settlement is not consummated.*

*So ordered.* /s/(ARR)  KSB
10/13/22

October 12, 2022

<u>Via ECF</u>

Hon. Allyne R. Ross and Sanket J. Bulsara
U.S. District Court, Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:   *Matthew McDermott v. K-Radio LLC*
      Docket No: 1:22-cv-02105-ARR-SJB

Dear Judge Ross:

We represent Plaintiff, Matthew McDermott, in the above-referenced case. We write to inform the Court that the parties have reached a settlement in principle pending their negotiation of a final settlement agreement. We therefore respectfully request that the Court issue an order of discontinuance of the action, an adjournment sine die of all pending motions, hearings, and deadlines, and a deadline of thirty (30) days from the date of the proposed order for the filing of a Notice of Dismissal.

Defendant K-Radio LLC consents to the requested relief.

Thank you for your consideration of this request.

Respectfully submitted,

/s *Craig B. Sanders*
Craig B. Sanders

cc: all counsel of record via ECF