UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

Matthew McDermott,

        Plaintiff,

v.

K-Radio LLC,

        Defendant.

Case No: 1:22-cv-02105-ARR-SJB

**STIPULATION OF VOLUNTARY DISMISSAL**
**PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)**

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties and/or their respective counsel(s) that, whereas no party in this action is an infant or incompetent, the above-captioned action is voluntarily dismissed with prejudice pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii) with each party to bear its respective attorney's fees and costs.

Dated: October 19, 2022

By:   */s/ Barry Skidelsky*
Barry Skidelsky, Esq.
185 East 85th Street, 23D
New York, NY 10028
Tel: (212) 832-4800
Email: bskidelsky@mindspring.com
*Attorneys for Defendant*

**SANDERS LAW GROUP**

By:   */s/ Craig B. Sanders*
Craig B. Sanders, Esq.
333 Earle Ovington Blvd, Suite 402
Uniondale, NY 11553
Tel: (516) 203-7600
Email: csanders@sanderslaw.group
File No.: 124484
*Attorneys for Plaintiff*

So Ordered,

/s/(ARR)

Allyne R. Ross, U.S.D.J.   10/20/2022